TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698
    Facsimile: (213) 894-3713
    E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-579-DMG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| MATTHEW FUNKE, | Current Date:     02/23/2022<br>Requested Date:   03/09/2022 |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jeff Mitchell, and defendant MATTHEW FUNKE ("defendant"), through his counsel of record, Nathan Hochman, hereby stipulate as follows:

    1.  On February 15, 2022, defendant FUNKE made his initial appearance before United States Magistrate Judge Steve Kim to answer charges in the above-referenced matter.  At the time, the court set his change of plea date for February 23, 2022.

    2.  Defense counsel is unavailable and will be out of the district on February 23, 2022.

3.  Accordingly, the parties stipulate that the date of defendant FUNKE's change of plea date should be continued from February 23, 2022, to March 9, 2022, at 2pm.

Dated: February 18, 2022      Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT GARRINGER
Assistant United States Attorney
Chief, Criminal Division


           */s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: February 22, 2022      */s/ Per E-Mail Authorization*
NATHAN J. HOCHMAN
Attorney for Defendant
Matthew Funke

2