TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698
    Facsimile: (213) 894-3713
    E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>MATTHEW FUNKE,<br><br>      Defendant. | No. CR 21-579-DMG<br><br>[PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING |

    The Court has read and considered the Stipulation to Continue the Change of Plea Hearing for defendant Matthew Funke filed by the parties in this matter on February 22, 2022.

//

//

//

THEREFORE, FOR GOOD CAUSE SHOWN:

The hearing date in this matter is continued from February 23, 2022, to March 9, 2022, at 2:00 p.m.

IT IS SO ORDERED.

_____   _____
DATE                              HONORABLE DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE

Presented by:

   */s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney