1 TRACY L. WILKISON
United States Attorney
2 SCOTT M. GARRINGER
Assistant United States Attorney
3 Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
4 Assistant United States Attorney
Major Frauds Section
5     1100 United States Courthouse
    312 North Spring Street
6     Los Angeles, California 90012
    Telephone: (213) 894-0698
7     Facsimile: (213) 894-3713
    E-mail:   jeff.mitchell@usdoj.gov
8
Attorneys for Plaintiff
9 UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SUBPOENA | No. 2:21-MJ-00579 |
|---|---|
|  | NOTICE OF WITHDRAWAL |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Assistant United States Attorney Jeff Mitchell, hereby submits this Notice of Withdrawal with respect to the government's previously-filed Stipulation to Continue (Dkt. 1) in the above-captioned matter.

On February 22, 2022, the United States intended to file a Stipulation to Continue and Proposed Order in case number CR No. 21-579; however, the filing was entered into ECF incorrectly as 21-MJ-579.

//

//

Accordingly, the government respectfully requests that its previously-filed Stipulation to Continue and Proposed Order in the above-captioned matter be withdrawn.

Dated: February 23, 2022          Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT GARINGER
Assistant United States Attorney
Chief, Criminal Division

          /s/ Jeff Mitchell
JEFF MITCHELL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA